No. 68632.—Frank P. Dow Co., Inc. *v.* United States, protest 62/2501 (Seattle).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of plastic friction tape similar in all material respects to that the subject of Abstract 66860, the claim of the plaintiff was sustained.